| | | |
|---|---|---|
| 21053 | State v. Dela Cuesta | Vacated |

### July 29, 1998

| | | |
|---|---|---|
| 20854 | Safeway Inc. v. Unten | Affirmed |

### July 30, 1998

| | | |
|---|---|---|
| 20979 | McElveen v. State Farm Mut. Auto. Ins. Co. | Affirmed |
| 20803 | State v. McCurdy | Affirmed |

### August 7, 1998

| | | |
|---|---|---|
| 20727 | Hill v. AIG Hawaii Ins. Co., Inc. | Reversed |

### August 10, 1998

| | | |
|---|---|---|
| 20798 | State v. Fletcher | Affirmed |

### August 12, 1998

| | | |
|---|---|---|
| 20743 | State v. Perry | Affirmed and Vacated |